1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   FRANKIE MENDEZ,                      No.  1:19-cv-01759-NONE-BAM (PC)

12              Plaintiff,                ORDER ADOPTING FINDINGS AND
                                          RECOMMENDATIONS TO DISMISS
13        v.                              ACTION, WITH PREJUDICE, FOR FAILURE
                                          TO STATE A CLAIM, FAILURE TO OBEY A
14   DIAZ, *et al.*,                      COURT ORDER, AND FAILURE TO
                                          PROSECUTE
15              Defendants.
                                          (Doc. No. 16)
16

17        Plaintiff Frankie Mendez is a state prisoner proceeding *pro se* and *in forma pauperis* in

18   this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On March 11, 2020, the assigned magistrate judge screened plaintiff's complaint pursuant

21   to 28 U.S.C. § 1915A and determined that it failed to state a cognizable claim for relief.  (Doc.

22   No. 14.)  Plaintiff was granted leave to file an amended complaint within thirty days to attempt to

23   cure the deficiencies identified by the magistrate judge in the screening order.  (*Id.*)  Plaintiff was

24   warned that his failure to file an amended complaint in compliance with the order would result in

25   a recommendation for dismissal of this action, with prejudice, for failure to obey a court order,

26   failure to prosecute, and for failure to state a claim.  (*Id.* at 11.)  Nonetheless, plaintiff did not file

27   an amended complaint.

28   /////

                                        1

Therefore, on April 24, 2020, the magistrate judge issued findings and recommendations recommending dismissal of this action, with prejudice, for failure to state a claim pursuant to 28 U.S.C. § 1915A, failure to obey a court order, and failure to prosecute. (Doc. No. 16.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 12.) No objections have been filed, and the deadline to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on April 24, 2020, (Doc. No. 16), are adopted in full;

2. This action is dismissed, with prejudice, due to plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   __**May 26, 2020**__                    _____
                                                                UNITED STATES DISTRICT JUDGE